# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

V

MARLON WILLIAMS

ORDER FOR RETURN OF

APPEARANCE BOND

RECOG#NEW3172
CASE# 10-3006(PS)USDC OF NJ
Case# 5:09-CR-317-2D

It appearing to the Court that the above-noted defendant was held in bail by the United States District Court for the Eastern District of North Carolina and that the sum of Five Thousand Dollars ($5,000.00) was deposited in the registry of the U.S. District Court of New Jersey as security for the said APPEARANCE BOND ;  and it further

appearing the purposes of said recognizance have been fulfilled and the said recognizance has been duly cancelled of record, it is, on this       day of August, 2010

ORDERED that the sum of Five Thousand Dollars ($5,000.00)be returned to Elder LaJoyce Anderson, POB, 6684, Elizabeth, NJ 07206.

Garrett E. Brown, CHIEF JUDGE
UNITED STATES DISTRICT COURT